Robert L. Sallander, Jr.
rsallander@gpsllp.com
Kyle G. Kunst
kkunst@gpsllp.com
GREENAN, PEFFER, SALLANDER & LALLY LLP
2000 Crow Canyon Place, Suite 380
San Ramon, CA 94583
Telephone: (925) 866-1000
Facsimile: (925) 830-8787

Attorneys for Plaintiff
CALIFORNIA SECURITY ALARMS, INC.

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NORTHERN CALIFORNIA

| | |
|---|---|
| California Security Alarms, Inc., a California entity,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>Matthew Mathias Martell, an individual; Doe Defendants 1-5.<br><br>　　　　　Defendants. | Case No.: 4:17-cv-06388-HSG<br><br>**ORDER GRANTING REQUEST FOR TELEPHONIC APPEARANCE AT CASE MANAGEMENT CONFERENCE.** |

## **Order**

Counsel for Plaintiff California Security Alarms, Inc. ("CSA") has requested permission to participate in the February 6, 2017 Case Management Conference telephonically because Plaintiff's counsel, Kyle Kunst, resides outside the Northern District of California in Northern New Jersey.

Counsel's request is hereby **GRANTED**.

Counsel shall contact CourtCall at (866) 582-6878 to make arrangements for the telephonic appearance.

IT IS SO ORDERED

Dated: January 31, 2018

*Haywood S. Gilliam Jr.*
United States District Judge
Northern District of California