UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| CALIFORNIA SECURITY ALARMS, INC., Plaintiff, v. MATTHEW MATHIAS MARTELL, Defendant. | Case No. 17-cv-06388-HSG<br><br>**ORDER ON PARTIES' PROPOSED DISCOVERY PLAN AND SCHEDULE**<br><br>Re: Dkt. No. 36 |
|---|---|

A case management conference was held on February 6, 2018. On February 22, 2018, the parties submitted a stipulation with a proposed discovery plan. *See* Dkt. No. 36. The Court **GRANTS** the parties' proposals regarding the performance of oral and written discovery. *See id.* at 2. The Court sets the following case deadlines pursuant to the parties' stipulation, Federal Rule of Civil Procedure 16, and Civil Local Rule 16-10.

| Litigation Event | Date |
|---|---|
| Amendment of Pleadings Deadline | May 4, 2018 |
| Mediation Deadline | May 7, 2018 |
| Close of Fact Discovery | September 14, 2018 |
| Exchange Opening Expert Reports | September 14, 2018 |
| Exchange Rebuttal Expert Reports | October 19, 2018 |
| Close of Expert Discovery | November 16, 2018 |
| Dispositive Motion Hearing Deadline | December 13, 2018 at 2:00 p.m. |
| Pretrial Conference | February 12, 2019 at 3:00 p.m. |
| Jury Trial | March 11, 2019 at 8:30 a.m. (5 days) |

//

These dates may only be altered by order of the Court and only upon a showing of good cause. The parties are directed to review and comply with the Court's Civil Pretrial and Trial Standing Order.

**IT IS SO ORDERED.**

Dated: 2/28/2018

HAYWOOD S. GILLIAM, JR.
United States District Judge