UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SECURITY ALARMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> MATTHEW MATHIAS MARTELL, <br><br> Defendant. | Case No. 17-cv-06388-HSG <br><br> **ORDER REGARDING MOTION TO WITHDRAW** |

A hearing on defense counsel's motion to withdraw is currently set for this Thursday, August 9, 2018 at 2:00 p.m. *See* Dkt. No. 41. Defense counsel and Defendant Matthew Mathias Martell are ORDERED to attend, in person, the hearing on the motion to withdraw. Defense counsel must provide Mr. Martell with a copy of this order immediately by email, and otherwise take all reasonable steps to notify him that his personal attendance is required at the hearing.

**IT IS SO ORDERED.**

Dated: 8/6/2018

HAYWOOD S. GILLIAM, JR.
United States District Judge