```
 1  WILLIAM F. BURNS  #121357
    LAW OFFICE OF WILLIAM F. BURNS
 2  699 Peters Avenue, Ste. B
    Pleasanton, CA 94566
 3  Tel. (925) 461-4972
    Fax (925) 461-5082
 4  wfburns@earthlink.net

 5  Attorney for Defendant, Matthew Mathias Martell
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| CALIFORNIA SECURITY ALARMS, INC., a California entity,<br><br>Plaintiff,<br><br>v.<br><br>MATTHEW MATHIAS MARTELL, an Individual, et al.,<br>Defendants. | Case No. C 17-6388 HSG<br><br>**REQUEST FOR APPROVAL OF THE SUBSTITUTION OF COUNSEL**<br><br>Hon. Haywood S. Gilliam Jr.<br>Courtroom 2, 4th Floor<br><br>Date: April 5, 2017<br>Time: 2:00 p.m. |
|---|---|

    The Defendant, Matthew Mathias Martell, hereby requests that the above entitled court approve the withdrawal of William F. Burns as his attorney of record. Defendant further requests that Denise Eaton-May, whose state bar number and contact information are recited below, be substituted into this action as his counsel of record.

Date: September 11, 2018

                                                         Matthew Mathias Martell
                                                         Defendant

1

| | |
|---|---|
| 1 | **WITHDRAWING ATTORNEY:** |
| 2 | I, William F. Burns, am currently counsel of record in the above matter for the Defendant |
| 3 | Matthew Mathias Martell. I am requesting pursuant to the agreement of my client that I be |
| 4 | allowed to withdraw as his attorney of record and that his newly retained counsel Denise Eaton- |
| 5 | May be allowed to substitute in my place. |
| 6 | |
| 7 | Date: September 10, 2018          LAW OFFICE OF WILLIAM F. BURNS |
| 8 | |
| 9 | _____ William F. Burns, Esq. CSB# 121357 |
| 10 | |
| 11 | **NEW ATTORNEY:** |
| 12 | I, Denise Eaton-May, have been retained by Matthew Mathias Martell to represent him in the |
| 13 | above entitled matter. I am a member in good standing of the Bar of this Court, and hereby |
| 14 | consent to my substitution as counsel of record for Matthew Mathias Martell. My office and |
| 15 | contact information is as follows: |
| 16 | |
| 17 | **Denise Eaton-May, Esq. CSB#116780** |
| 18 | **1290 B. Street, Ste 109** |
| | **Hayward, California 94541** |
| 19 | **Tel: (510) 888-1345** |
| 20 | **Fax: (510) 315 3015** |
| 21 | **Email: d.may@eathon-maylaw.com** |
| 22 | Date: September 10, 2018          LAW OFFICE OF DENISE EATON-MAY |
| 23 | |
| 24 | _Denise Eaton May_ Denise Eaton-May Esq. CSB# 116780 |

WILLIAM F. BURNS  #121357
LAW OFFICE OF WILLIAM F. BURNS
699 Peters Avenue, Ste. B
Pleasanton, CA 94566
Tel. (925) 461-4972
Fax (925) 461-5082
wfburns@earthlink.net

Attorney for Defendant, Matthew Mathias Martell

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SECURITY ALARMS, INC., a California entity,<br><br>Plaintiff,<br><br>v.<br><br>MATTHEW MATHIAS MARTELL, an Individual, et al.,<br><br>Defendants. | Case No. C 17-6388 HSG<br><br>*Proposed*<br><br>**ORDER ON REQUEST FOR SUBSTITUTION OF COUNSEL** |

The Court having read and considered the Defendant Matthew Martell's Request For Approval Of The Substitution Of Counsel, hereby approves the same.

It is Ordered that Denise Eaton-May, whose contact information is below, shall be substituted in as Defendant Matthew M. Martell's counsel of record in place of William F. Burns.

Denise Eaton-May's contact information is as follows:
**Denise Eaton-May, Esq. CSB#116780**
**1290 B. Street, Ste 109, Hayward, California  94541**
**Tel.  (510) 888-1345**
**Fax.  (510) 315 3015**
**Email:  d.may@eathon-maylaw.com**

1

**IT IS SO ORDERED**.

Date: September 12, 2018

*/s/ Haywood S. Gilliam Jr.*
Haywood S. Gilliam Jr.   Judge Of The United
States District Court, Northern District of California